The judgment in refusing reduction of bail is affirmed.

Opinion approved by the court.

### Ex parte Ray DAVIS.

### No. 26629.

Court of Criminal Appeals of Texas.

Oct. 14, 1953.

Thomas, Thomas & Jones, Big Spring, for appellant.

Wesley Dice, State's Atty., Austin, for the State.

DAVIDSON, Commissioner.

This case is, in all legal aspects, similar to and is controlled by the disposition made of the companion case against relator, Tex.Cr.App., 261 S.W.2d 322.

For the reasons there stated, the judgment is affirmed.

Opinion approved by the court.